ELLA MULLIGAN and WILLIAM E. BROWN. Appellants, v. CAROLINA WENDT, Respondent, and TURNPIKE REALTY Co., INC., Defendants.—In a suit in equity to cancel a contract and to impress a trust on real property, judgment unanimously

affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.